IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED

MAR 18 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Palmer Carson,
Plaintiff

v.

Case No. 1:16-mc-22
TRM/SKL

Donald J. Trump,
Defendant

Under 42 usc 1983
violation of civil rights

Come Now, the plaintiff, Palmer Carson, in pro-se , moves this honorable court to issue and oder for defendant Donald Trump to respond to this suit. I seek $ 75,000,000.00 million dollars in damages from Donald Trump

As a Proud republican I am appalled by the nefarious evil acts of Trump who is a danger to our society. Trump is violating the trademark of the Arizona Cardinals by wearing red shirts on his campaign trail pretending to be rebulican , but when Donald trump goes home to his ritz penthouse he wears the Black Isis colors and flags. Donald Trump is in the Illuminati and is part of New World order. I saw Donald trump sleeping with Sarah Palin on a Russian Flag right near the Russian border in Alaska. Donald Trump was eating Mexican food at chi chi's and walked out without paying the bill. Donald Trump is crooked and is personal business partners with president putin despite rusiian sanctions. Donald trump was prison pen pals with jewish spy Jonathan Pollard. Donald trump skypes every night with Edward Snowden. Donald Trump is gambling with our national security. He is a threat. I seek 75 million dollars so he wont have campaing money. Donald Trump stole menswarehouse suits, Donald Trump has secret ties to the black lives matter movent to create chaos at his events to get more free publicity. Ben Carson plans to be trumps personal butler once in the white house.

Respectfully,

PALMER CARSON
P.O. BOX 1488
TEMPE, AZ 85284